No. 51298.—Protest 110995–K of Frank C. Schilling Co. (Pembina).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

No. 51299.—Protests 965429–G/88183, etc., of Butler Bros. et al. (Chicago, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51300.—Protests 58082–K, etc., of Alberico & Funicello et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.